**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central **District of** California
_(State)_

Case number *(If known)*: _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Innovation Pet, Inc., a California corporation |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | __ 46 – 2078015 __ __ __ __ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 17011  Beach Blvd, Suite 900<br>Number    Street | Number        Street |
| | P.O. Box |
| Huntington Beach  CA    92647<br>City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Orange<br>County | Number        Street |
| | City        State    ZIP Code |

5. **Debtor's website** (URL)    www.innovationpet.com

| Debtor | Innovation Pet, Inc., a California corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

4239__ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Innovation Pet, Inc., a California corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. 

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____          _____
City                                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

| Debtor | Innovation Pet, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* ☐ Funds will be available for distribution to unsecured creditors. ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/18/2020
　　　　　　　MM  / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Victoria Coopman
Printed name

Title  Chief Executive Officer

| Debtor | Innovation Pet, Inc., a California corporation | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✗ /s/ James C. Bastian, Jr.

Signature of attorney for debtor

Date **11/18/2020**

MM  / DD  / YYYY

James C. Bastian, Jr.

Printed name

Shulman Bastian Friedman & Buii LLP

Firm name

100 Spectrum Center Drive, Suite 100

Number        Street

Irvine

City

CA

State

92618

ZIP Code

949-340-3400

Contact phone

JBastian@shulmanbastian.com

Email address

175415

Bar number

California

State

CERTIFICATION OF THE SECRETARY
OF
**INNOVATION PET, INC.,**
a California corporation

This is to certify that at a special meeting of the Board of Directors of INNOVATION PET, INC., a California corporation, held on November 13, 2020, the following resolution was duly adopted:

> "NOW, THEREFORE, BE IT RESOLVED, that this Corporation is unable to pay its debts as said debts mature;
>
> FURTHER RESOLVED, that the officers of this Corporation are, and they hereby are authorized and directed to prepare, file and execute the Corporation's Petition for Bankruptcy provided in Chapter 11 Subchapter V of the Bankruptcy Code and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Central District of California, in the Santa Ana Division, and further to such end, to do any other acts, execute all necessary documents to effectuate the transaction with RS1 Innovation, Inc., including but not limited to asset purchase agreement, intellectual property license agreement, secondment agreement, financing agreement, and management agreement, and take any other steps in the name and in behalf of the Corporation necessary or appropriate to obtaining such relief;
>
> FURTHER RESOLVED, that the officers are further authorized to retain as counsel for the Corporation in said proceeding, the law firm of Shulman Bastian Friedman & Bui LLP."

DATED: November 13, 2020

TIMOTHY TAFT, SECRETARY

**Fill in this information to identify the case:**

Debtor name Innovation Pet, Inc., a California corporation

United States Bankruptcy Court for the **Central** District of **California**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Centerpoint Warehouse Attn Jose Fitzerald Po Box 140 Grandview, MO 64030 | Centerpoint Warehouse Attn Jose Fitzerald Phone: 816.353.9500 Email: kelly@cpekc.com | Third Party Logistics | | | | $ 699.20 |
| 2 | Fujian Dushi Wooden Industry Attnpaul Dushi Shaowu Econ And Tech Dev Zodne Fujian, CHINA | O&O Investigations Inc Attn Oleg Flaksman, Partner Phone: 800-959-0154 Email: oleg@oinvestigations.com; lauren@drspartners.us; arthur.tretiakov@recoverthedebt.com | Purchase Of Product For Wholesale | | | | $933,887.31 |
| 3 | Gray Proctor & Mcmannis Attn Charles Proctor 3991 Macarthur Suite 240 Newport Beach, CA 92660 | Gray Proctor & Mcmannis Attn Charles Proctor Phone: 949-251-4888 Email: cproctor@cpmcpa.com | Account Servicess/Tax Returns | | | | $2,880.00 |
| 4 | Jay Cambare 30001 Golden Lantern Apt 63 Laguna Niguel, CA 92677 | Jay Cambare Phone: 714-342-4819 Email: jaycambare@yahoo.com | Marketing | | | | $11,279.88 |
| 5 | Laroy Group Attn Bob Smitz Industrieweg 98-100 9032 Wondelgem, BELGIË | Laroy Group Attn Bob Smitz Phone: +32 9 216 85 65 Email: Bob.Smitz@laroygroup.com | Petco Cash Receipts | | | | $216,720.85 |
| 6 | Liberty Mutual Insurance Attn President Po Box 1604 New York, NY 10116-1604 | Liberty Mutual Insurance Attn President Phone: 877-688-8254 Email: customerservice@askliberty.com | Insurance (General Liability/Product Liability) | | | | $7,359.20 |

Page 1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Nationwide Logistics Attn Trista Kinman Po Box 14508 Cincinnati, OH 45250 | Nationwide Logistics Attn Trista Kinman Phone: 513-741-4503 Email: ar@nationwidelogistics.net | Trucking/ Shipping | | | | $34,920.73 |
| 8  New Concepts International Ind Limited Attn Thierry Jacquemin Unit 514 5/F Kenning Ind Bldg No 19 Wang Hoi Rd Kowloon Bay, HONG KONG | New Concepts International Ind Limited Attn Thierry Jacquemin Phone: +852-531-33470 Email: Thierry@NCMax.net | Purchase Of Product For Wholesale | | | | $53,754.32 |
| 9  Nik Transport Attn President 10330 Pioneer Blvd #100 Santa Fe Springs, CA 90670 | Nik Transport Attn President Phone: 562-758-9615 Email: mik@niktransport.com | Third Party Logistics | | | | $1,427.89 |
| 10  Reine Castillo 4017 Chowen Ave S Minneapolis, MN 55410 | Reine Castillo Phone: 504-319-6593 Email: castillo.reine@yahoo.com | Product Development/Sales Rep Services | | | | $6,716.53 |
| 11  SMH Financial Services Attn Sharon Heiser 19200 Von Karman Suite 600 Irvine, CA 92612 | Smh Financial Services Attn Sharon Heiser Phone: 949-322-9690 Email: | Accounting Services/Independent Representative | | | | $5,100.00 |
| 12  SPS Commerce Attn A/R Ryan Ross 333 South Seventh St Suite 1000 Minneapolis, MN 55402 | SPS Commerce Attn A/R Ryan Ross Phone: 612-435-9400 Email: rpross@spscommece.com | Services | Disputed | | | $14,861.45 |
| 13  Stetina Brunda Garred & Brucker Ip Law Attn Renee Lau 75 Enterprise Suite 250 Aliso Veijo, CA 92656 | Stetina Brunda Garred & Brucker Ip Law Attn Renee Lau Phone: 949-855-1246 Email: rlau@stetinalaw.com | Lega Fees Related To Patent Application | | | | $15,365.00 |
| 14  The Loan Source Attn President 353 E 83rd St New York, NY 10029 | The Loan Source Attn President Phone: 800-929-2235 Email: customerservice@theloansource.com | Payroll Protection Plan/SBA Loan (Under Foregivness Review) | | | | $49,117.00 |
| 15  The Ma Paterson Attn President 840 Mustang Drive Grapevine, TX 76051 | The Ma Paterson Attn President Phone: 817-328-3900 Email: | Marketing Services/Package Design | | | | $1,798.03 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | Vocational Improvement Program Inc Attn Jeff Specchio 1310 East Riverview Drive San Bernardino, CA 92408 | Vocational Improvement Program Inc Attn Jeff Specchio Phone: 909 478-7537 Email: jeffs@vipsolutions.com | Co-Packing Service And Materials | | | | $5,779.44 |
| 17 | Worldwide Express Attn Felicia Hudak 1720 Spillman Drive Suite 240 Bethleham, PA 18015 | Worldwide Express Attn Felicia Hudak Phone: 484-403-4916 Email: collections@wwex.com | Third Party UPS Shipping Charges | | | | $2,555.52 |
| 18 | Wuxi Shuangzhen Attn He Rong Fan Shuofang Ind Park Wuxi New District, CHINA | Wuxi Shuangzhen Attn He Rong Fan Phone: 86-510-85308918 Email: shuangzhen_pet@vip.163.com | Purchase Of Product For Wholesale | | | | $28,271.53 |
| 19 | Xiamen Dadu Century Co., Ltd Attn Amy Dadu 5f Haiyun Bld No 16 Haishan Rd Huli Dist Xiamen, CHINA | O&O Investigations Inc Attn Oleg Flaksman, Partner Phone: 800-959-0154 Email: oleg@oinvestigations.com; lauren@drspartners.us; arthur.tretiakov@recoverthedebt.com | Purchase Of Product For Wholesale | | | | $790,539.89 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - Bar No. 175415<br>Melissa Davis Lowe - Bar No. 245521<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: JBastian@shulmanbastian.com<br>       MLowe@shulmanbastian.com | |

☒ *Attorney for:* Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>INNOVATION PET, INC., a California corporation<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Victora Coopman _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒  I am the president or other officer or an authorized agent of the Debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the Debtor corporation

2.a.  ☐  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____
    _____
    _____

    [For additional names, attach an addendum to this form.]

b.  ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  11/18/2020

By: _____
         Signature of Debtor or attorney for Debtor

Name:  Victoria Coopman, Chief Executive Officer
         Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                **F 1007-4.CORP.OWNERSHIP.STMT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

In re

**INNOVATION PET, INC., a California corporation**

Debtor.

Case No.

Chapter  11

**LIST OF EQUITY HOLDERS**

| Shareholder | % of Interest |
|---|---|
| SEE ATTACHED | |
| | |
| | |
| | |
| | |

I declare, under penalty of perjury, that the foregoing is true and correct.

Date: November 18, 2020

**INNOVATION PET, INC., a California corporation**

By: Victoria Coopman, Chief Executive Officer

| Stockholder Name/Holder | Director/Officer | % of Stock Issued |
|---|---|---|
| Timothy Taft<br>762 Hauge<br>St Paul, MN 55104 | Director, Secretary | 36.5% |
| Victoria Coopman<br>22187 Pine Drive<br>Cederpines Park, CA 92322 | Director, CEO, CFO | 36.5% |
| Justin Jones<br>1401 Kensington Court<br>Southlake, TX 76092 | Director | 7.5% |
| Teri P Jones<br>1401 Kensington Court<br>Southlake, TX 76092 | No | 7.5% |
| Raymond & Antoinette Clubb<br>24 Whitecloud<br>Irvine, CA 92614 | No | 10.0% |
| Andrea Farber<br>237 N Larch<br>Anaheim, CA 92805 | No | 2.0% |
|  |  | 100.0% |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not Applicable

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not Applicable

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Huntington Beach_California

Date: _11/18/2020_

Signature of Debtor 1

Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name   Innovation Pet, Inc., a California corporation

United States Bankruptcy Court for the:   Central _____ District of   CA
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

### Part 1:  Summary of Assets

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................

   $ _____ 1,085,209.34

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................

   $ _____ 1,085,209.34

---

### Part 2:  Summary of Liabilities

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................

   $ _____ 748,725.15

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................................

   $ _____ 31,684.51

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................

   + $ _____ 2,583,770.30

4. **Total liabilities**...............................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 3,364,179.97

**Fill in this information to identify the case:**

Debtor name _Innovation Pet, Inc., a California corporation_

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known):  _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                              $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Pacific Premier Bank | checking | 5984 ___ ___ ___ | $ 35.48 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                                         $ 35.48

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor    Innovation Pet, Inc., a California corporation _____ Case number *(if known)*_____
      Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.               $_____

---

## Part 3:   Accounts receivable

10.  **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                **Current value of debtor's interest**

11.  **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 15,525.30 | – | 1,500.00 | = ........ → | $ 14,025.30 |
| 11b. Over 90 days old: | 594,665.87 | – | 510,000. | = ........ → | $ 84,665.87 |

12.  **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 98,691.17

---

## Part 4:   Investments

13.  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                         % of ownership:

    15.1._____ _____%    _____    $_____

    15.2._____ _____%    _____    $_____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17.  **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.       $_____

---

Debtor  Innovation Pet, Inc., a California corporation
      Name

Case number *(if known)*_____

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Plastic Bottles | 11/12/2020 <br> MM / DD / YYYY | $ 1,428.41 | Purchase Cost | 1,428.41 <br> $ |
| 20. **Work in progress** <br> None | <br> MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** <br> Chicken Coops, Accessories, Treats | 09/14/2020 <br> MM / DD / YYYY | $ 76,826.21 | Landed Cost | 76,826.21 <br> $ |
| 22. **Other inventory or supplies** <br> None | <br> MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 78,254.62

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  3,655.48  Valuation method  Purchase Cost  Current value  3,655.48

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Debtor    Innovation Pet, Inc., a California corporation
_____
       Name                                                    Case number *(if known)*_____

33. **Total of Part 6.**                                                                                            $_____
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** <br> None | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> None | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Misc. Office Equipment: computers, printers, software, cell phones | $ 2,344.71 | current cost | $ 2,344.71 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                                            $ 2,344.71
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    Innovation Pet, Inc., a California corporation    Case number *(if known)*_____
          Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | | $_____ |
| 48.2_____ | $_____ | | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | | $_____ |
| 49.2_____ | $_____ | | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    Innovation Pet, Inc., a California corporation _____ Case number *(if known)*_____
          Name

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Small warehouse and office space<br>736 S Waterman Ave San Bernardino, CA | Lease | $ 0.00 | | $ 0.00 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademarks: Coops & Feathers (see attached list) | $ 250,000.00 | Est. ** | $ 250,000.00 |
| 61. **Internet domain names and websites**<br>None | $ _____ | | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>None | $ _____ | | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Lists | $ 250,000.00 | Est.** | $ 250,000.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ _____ | | $ _____ |
| 65. **Goodwill**<br>None | $ _____ | | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

** Amounts are estimates based on the pending sale offer.

$ 500,000.00

---

**Innovation Pet, Inc.**
**Attachment to Schedule A/B**
**item 60, Trademarks**

| Serial # | Reg # | Trademark Name | Goods & Services | Registration Date | Owner | Trademark Status |
|----------|-------|----------------|------------------|-------------------|-------|------------------|
| 86671286 | 4892812 | Coops & Feathers | Chicken coops; Modular non-metal animal houses for chickens; Modular non-metal chicken houses; Poultry nest pads; Pre-fabricated non-metal chicken houses; Pre-fabricated non-metal houses for chickens. | January 26, 2016 | Innovation Pet, Inc | LIVE |
| 86161623 | 4584093 | Kitty Arcade | Pet Toys | January 9, 2014 | Innovation Pet, Inc | Live |
| 86120952 | 4563538 | Critter Connection | Pet Toys | November 17, 2013 | Innovation Pet, Inc | Live |
| 86033505 | 4497989 | Kitty Connection | Pet Toys | August 9, 2013 | Innovation Pet, Inc | LIVE |
| 87410262 | 5323489 | Rolls Rocky | Pet Treats | April 13, 2017 | Innovation Pet, Inc | live |
| 87825126 | | Healthy Hen | essential Oils, coops, food stuffs for chickens | March 8, 2018 | Innovation Pet, Inc | Not Granted |
| 88040958 | | Healthy Hen Natural Wellness Products | essential Oils, food stuffs for chickens | July 17, 2018 | Innovation Pet, Inc | Not Granted |
| 88041003 | | Healthy Hen Chicken Treats | edible organic pet treats | July 17 2018 | Innovation Pet, Inc | Not Granted |
| 88416709 | | Healthy Hen (Logo) | food stuffs for chickens | May 6, 2019 | Innovation Pet, Inc | Not Granted |

Debtor    Innovation Pet, Inc., a California Corporation    Case number *(if known)*_____
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜ $_____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Cap Flow Funding Managers LLC    $ 405,883.00
_____

**Nature of claim**    Took AR Cash Receipts Not Owed them

**Amount requested**    $ 405,883.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 405,883.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Debtor    Innovation Pet, Inc., a California corporation    Case number *(if known)*_____
                Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 35.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 98,691.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 78,254.62 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,344.71 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ....................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 405,883.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,085,209.34 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................    $ 1,085,209.34

**Fill in this information to identify the case:**

Debtor name **Innovation Pet, Inc., a California corporation**

United States Bankruptcy Court for the: **Central** District of **California**

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with the debtor's other schedules. Debtor has nothing else to report on this form
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.**
   **If a creditor has more than one secured claim, list the creditor separately for each claim.**

|  |  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Amount of claim**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1    Creditor's name**<br><br>**CAPFLOW FUNDING GROUP MANAGERS LLC**<br><br>**Creditor's mailing address**<br><br>**ATTN ANDREW J COON PRESIDENT**<br>**201 ROUTE 17 SUITE 805**<br>**RUTHERFORD, NJ 07070**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 12/21/2015<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No.<br>☒ Yes. Specify each creditor, including this creditor, and its relative priority<br>**Pacific Premier Bank: 1st**<br>**CapFlow Funding Group: 2nd**<br>**PMW LLC: 3rd**<br>**Internal Revenue Service: 4th** | Describe debtor's property that is subject to a lien<br>**Collateral: Purchased Accounts Sold By Debtor To Claimant And All Assets Of Debtor**<br><br>Describe the lien<br>**Purchaser Order And Factoring Facility Dated 12/21/2015; UCC-1 Filed 12/16/2015, Filing #15-7499759612**<br><br>Is the creditor an insider or related party?<br>☐ No.<br>☐ Yes.<br>Is anyone else liable on this claim?<br>☐ No.<br>☒ Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☒ Disputed | $    .00 | $ |

Debtor **Innovation Pet, Inc., a California corporation**                    Case number *(if known)* _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Amount of claim**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.2   Creditor's name**<br><br>**CAPTIAL 2 THRIVE**<br><br>**Creditor's mailing address**<br><br>**ATTN PRESIDENT**<br>**1801 BROADWAY SUITE 1350**<br>**DENVER, CO 80202**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred  10/19/2016**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐No.<br>☐Yes.  Specify each creditor, including this creditor, and its relative priority | Describe debtor's property that is subject to a lien<br>**Collateral: All Business Assets**<br><br>**Describe the lien**<br>**UCC-1 Filed 10/19/2016, Filing #16-7551592900**<br><br>**Is the creditor an insider or related party?**<br>☐No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☒No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☒ Disputed | $    .00 | $ |
| **2.3   Creditor's name**<br><br>**INTERNAL REVENUE SERVICE**<br><br>**Creditor's mailing address**<br><br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last four digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐No.<br>☒Yes.  Specify each creditor, including this creditor, and its relative priority<br>**Pacific Premier Bank: 1st**<br>**CapFlow Funding Group: 2nd**<br>**PMW LLC: 3rd**<br>**Internal Revenue Service: 4th** | Describe debtor's property that is subject to a lien<br>**Collateral: All Assets**<br><br>**Describe the lien**<br>**941 For Periods Ending 3/31/2017, 9/30/2017, 12/31/2017**<br>**Notice of Federal Tax Lien filed 12/17/2019, filing #19-7752901475**<br><br>**Is the creditor an insider or related party?**<br>☒No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☐No.<br>☐Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed | $27,872.77 | $ |

Debtor **Innovation Pet, Inc., a California corporation**

Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Amount of claim**<br>Value of collateral that supports this claim |
|---|---|---|---|

---

| | | | |
|---|---|---|---|
| **2.4   Creditor's name**<br><br>**PACIFIC PREMIER BANK**<br><br>**Creditor's mailing address**<br><br>**ATTN JOSH NAJARRO**<br>**17901 VAN KARMAN SUITE 1200**<br>**IRVINE, CA 92614**<br><br><br>**Creditor's email address, if known**<br>**jnajarro@ppbi.com**<br><br>**Date debt was incurred  2014 to present**<br><br>**Last four digits of account number 0004**<br><br>**Do multiple creditors have an interest in the same property?**<br><br>☐No.<br>☒Yes.  Specify each creditor, including this creditor, and its relative priority<br>**Pacific Premier Bank: 1st**<br>**CapFlow Funding Group: 2nd**<br>**PMW LLC: 3rd**<br>**Internal Revenue Service: 4th** | **Describe debtor's property that is subject to a lien**<br>**Collateral: Blanket Lien**<br><br>**Describe the lien**<br>**Credit Line**<br>**UCC-1 Filed 1/30/2015, Filiing #15-7448171149**<br><br>**Is the creditor an insider or related party?**<br>☐No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed | **$250,000.00** | |
| **2.5   Creditor's name**<br><br>PACIFIC PREMIER BANK<br><br>**Creditor's mailing address**<br><br>ATTN JOSH NAJARRO<br>17901 VAN KARMAN SUITE 1200<br>IRVINE, CA 92614<br><br><br>**Creditor's email address, if known**<br>**jnajarro@ppbi.com**<br><br>**Date debt was incurred  2015 to present**<br><br>**Last four digits of account number 0005**<br><br>**Do multiple creditors have an interest in the same property?**<br><br>☐No.<br>☒Yes.  Specify each creditor, including this creditor, and its relative priority<br>**Pacific Premier Bank: 1st**<br>**CapFlow Funding Group: 2nd**<br>**PMW LLC: 3rd**<br>**Internal Revenue Service: 4th** | **Describe debtor's property that is subject to a lien**<br>**Collateral: Blanket Lien**<br><br>**Describe the lien**<br>**Credit Line**<br>**UCC-1 Filed 4/17/2014, Filing #14-7408153922**<br><br>**Is the creditor an insider or related party?**<br>☐No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed | **$150,000.00** | $ |

Debtor **Innovation Pet, Inc., a California corporation**    Case number *(if known)* _____

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Amount of claim**<br>Value of collateral that supports this claim |
|---|---|---|

| | | |
|---|---|---|
| **2.6    Creditor's name**<br><br>**PMW  LLC**<br><br>**Creditor's mailing address**<br><br>**ATTN KACEE LARSON**<br>**3575 RINGSBY CT #411**<br>**DENVER, CO 80216**<br><br>**Creditor's email address, if known**<br>**klarson@pmw.llc**<br><br>**Date debt was incurred 6/17/2019**<br><br>**Last four digits of account**<br>number **Innovaton Pet Inc**<br><br>**Do multiple creditors have an interest in the same property?**<br><br>☐No.<br>☒Yes.  Specify each creditor, including this creditor, and its relative priority<br>**Pacific Premier Bank: 1st**<br>**CapFlow Funding Group: 2nd**<br>**PMW LLC: 3rd**<br>**Internal Revenue Service: 4th** | **Describe debtor's property that is subject to a lien**<br>**Collateral: Blanket Lien**<br><br>**Describe the lien**<br>**Purchase Order Finance Agreement Dated**<br>**6/17/2019**<br>**UCC-1 Filed 8/22/2019, Filing #19-7729283139**<br><br>**Is the creditor an insider or related party?**<br>☐No.<br>☐Yes.<br><br>**Is anyone else liable on this claim?**<br>☐No.<br>☒Yes. *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>*As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed | $320,852.39<br><br><br><br><br><br><br><br><br><br><br><br><br>$ |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** | **$748,725.16** |

**Fill in this information to identify the case:**

Debtor name **Innovation Pet, Inc., a California corporation**

United States Bankruptcy Court for the: **Central** District of **California**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims            **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List Creditors With PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

|  | Total claim | Priority amount |
| --- | --- | --- |
| **2.1    Priority creditor's name and mailing address**<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(8)** | ***As of the petition filing date, the claim is:***<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim**<br>**Payroll Taxes for periods 1/1/2018**<br>**2/28/2020**<br><br>**Is the claim subject to setoff?**<br>☐ No.<br>☐ Yes. | $28,271.53 | $0.00 |
| **2.2    Priority creditor's name and mailing address**<br><br>**California Franchise Tax Board**<br>**Bankruptcy Section MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952**<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(8)** | ***As of the petition filing date, the claim is:***<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim**<br>**Notice Purposes Only**<br><br>**Is the claim subject to setoff?**<br>☐ No.<br>☐ Yes. | $0.00 | $0.00 |

Debtor **Innovation Pet, Inc., a California corporation**    Case number *(if known)*

| | Total claim | Priority amount |
|---|---|---|
| **2.3    Priority creditor's name and mailing address**<br><br>**California Department of Tax and Fee Administration**<br>**Account Information Group MIC:29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029**<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(8)** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim**<br>**Notice Purposes Only**<br><br>**Is the claim subject to setoff?**<br>☐ No.<br>☐ Yes. | $0.00 | $0.00 |
| **2.4    Priority creditor's name and mailing address**<br><br>**California Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001**<br><br>**Date or dates debt was incurred**<br><br>**Last four digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(8)** | *As of the petition filing date, the claim is:*<br>Check all that apply<br>☐ Contingent.<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim**<br>**Notice Purposes Only**<br><br>**Is the claim subject to setoff?**<br>☐ No.<br>☐ Yes. | $3,412.98 | $0.00 |

Debtor  **Innovation Pet, Inc., a California corporation**          Case number *(if known)* _____

| | |
|---|---|
| **Part 2:** | **List Creditors With NONPRIORITY Unsecured Claims** |

3.    **List in alphabetical order all creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

---

| **3.1**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 699.20 |
|---|---|---|
| CENTERPOINT WAREHOUSE<br>ATTN JOSE FITZERALD<br>PO BOX 140<br>GRANDVIEW, MO 64030 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  10/31/2020** | **Basis for the claim**  Third Party Logistics | |
| **Last four digits of account number  Innovaton Pet Inc** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.2**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $   .00 |
|---|---|---|
| CORONADO INVESTORS PROPERTIES LLC<br>ATTN HANS IMHOF GENERAL MANAGER -<br>WARNER MANAGEMENT<br>2850 S FARIVIEW STREET<br>SANTA ANA, CA 92704 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim**  Landlord | |
| **Last four digits of account number** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.3**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $933,887.31 |
|---|---|---|
| FUJIAN DUSHI WOODEN INDUSTRY<br>ATTNPAUL DUSHI<br>SHAOWU ECON AND TECH DEV ZONE<br>FUJIAN, CHINA | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  1/1/2019 - 2/1/2020** | **Basis for the claim**  Purchase Of Product For Wholesale | |
| **Last four digits of account number  Innovaton Pet Inc** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

| **3.4**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,880.00 |
|---|---|---|
| GRAY PROCTOR & MCMANNIS<br>ATTN CHARLES PROCTOR<br>3991 MACARTHUR SUITE 240<br>NEWPORT BEACH, CA 92660 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  10/31/2020** | **Basis for the claim**  Account Servicess/Tax Returns | |
| **Last four digits of account number  Innovaton Pet Inc** | **Is the claim subject to setoff?**<br>☒No.<br>☐Yes | |

Debtor **Innovation Pet, Inc., a California corporation**          Case number *(if known)* _____

| 3.5   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $11,279.88 |
|---|---|---|
| JAY CAMBARE<br>30001 GOLDEN LANTERN APT 63<br>LAGUNA NIGUEL, CA 92677 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  6/1/2019 - 2/28/2020** | **Basis for the claim**   Marketing | |
| **Last four digits of account number Innovaton Pet Inc** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.6   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $216,720.85 |
|---|---|---|
| LAROY GROUP<br>ATTN BOB SMITZ<br>INDUSTRIEWEG 98-100 9032<br>WONDELGEM, BELGIË | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  1/1/2020 - 9/1/2020** | **Basis for the claim**   Petco Cash Receipts | |
| **Last four digits of account number Innovation Pet Inc/Petco** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.7   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $7,359.20 |
|---|---|---|
| LIBERTY MUTUAL INSURANCE<br>ATTN PRESIDENT<br>PO BOX 1604<br>NEW YORK, NY 10116-1604 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  1/1/2020** | **Basis for the claim**   Insurance (General Liability/Product Liability) | |
| **Last four digits of account number 1870** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.8   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $34,920.73 |
|---|---|---|
| NATIONWIDE LOGISTICS<br>ATTN TRISTA KINMAN<br>PO BOX 14508<br>CINCINNATI, OH 45250 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  6/1/2019 - 2/28/2020** | **Basis for the claim**   Trucking/Shipping | |
| **Last four digits of account number Innovaton Pet Inc** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

| 3.9   Nonpriority creditor's name and mailing address | *As of the petition filing date, the claim is:* | $53,754.32 |
|---|---|---|
| NEW CONCEPTS INTERNATIONAL IND LIMITED<br>ATTN THIERRY JACQUEMIN<br>UNIT 514<br>5/F KENNING IND BLDG NO 19<br>WANG HOI RD<br>KOWLOON BAY, HONG KONG | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred  1/21/2020** | **Basis for the claim**   Purchase Of Product For Wholesale | |
| **Last four digits of account number Innovaton Pet Inc** | **Is the claim subject to setoff?**<br>☒ No.<br>☐ Yes | |

Debtor **Innovation Pet, Inc., a California corporation**

Case number *(if known)* _____

| 3.10 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,427.89 |
|---|---|---|
| NIK TRANSPORT<br>ATTN PRESIDENT<br>10330 PIONEER BLVD #100<br>SANTA FE SPRINGS, CA 90670 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred **11/11/2020** | Basis for the claim   Third Party Logistics | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.11 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   .00 |
|---|---|---|
| O&O INVESTIGATIONS INC<br>ATTN OLEG FLAKSMAN, PARTNER<br>10100 SANTA MONICA BLVD<br>LOS ANGELES, CA 90067 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim   Notice For Fujian Dushi Wood Industry And Xiamen Dadu Century Co., Ltd | |
| Last four digits of account number | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.12 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,716.53 |
|---|---|---|
| REINE CASTILLO<br>4017 CHOWEN AVE S<br>MINNEAPOLIS, MN 55410 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **5/1/2020** | Basis for the claim   Product Development/Sales Rep Services | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.13 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,100.00 |
|---|---|---|
| SMH FINANCIAL SERVICES<br>ATTN SHARON HEISER<br>19200 VON KARMAN SUITE 600<br>IRVINE, CA 92612 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **9/1/2019 - 3/1/2020** | Basis for the claim   Accounting Services/Independent Representative | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.14 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,861.45 |
|---|---|---|
| SPS COMMERCE<br>ATTN ACCOUNTS RECEIVABLE RYAN ROSS<br>333 SOUTH SEVENTH ST SUITE 1000<br>MINNEAPOLIS, MN 55402 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| Date or dates debt was incurred  **1/19/2020-10/19/2020** | Basis for the claim   Services | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor **Innovation Pet, Inc., a California corporation**

Case number *(if known)* _____

| 3.15 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $15,365.00 |
|---|---|---|
| STETINA BRUNDA GARRED & BRUCKER IP LAW<br>ATTN RENEE LAU<br>75 ENTERPRISE SUITE 250<br>ALISO VEIJO, CA 92656 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred **1/22/2019** | Basis for the claim   Lega Fees Related To Patent Application | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.16 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $200,000.00 |
|---|---|---|
| TERI AND JUSTIN JONES<br>ATTN ADAM CONNATSER<br>2929 CARLISLE ST<br>DALLAS, TX 75204 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **5/19/2014-12/23/2014** | Basis for the claim   Unsecured Loan | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.17 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $49,117.00 |
|---|---|---|
| THE LOAN SOURCE<br>ATTN PRESIDENT<br>353 E 83RD ST<br>NEW YORK, NY 10029 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **4/20/2020** | Basis for the claim   Payroll Protection Plan/SBA Loan (Under Foregivness Review) | |
| Last four digits of account number **7109** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.18 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $1,798.03 |
|---|---|---|
| THE MA PATERSON<br>ATTN PRESIDENT<br>840 MUSTANG DRIVE<br>GRAPEVINE, TX 76051 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **9/1/2019** | Basis for the claim   Marketing Services/Package Design | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

| 3.19 **Nonpriority creditor's name and mailing address** | *As of the petition filing date, the claim is:* | $153,030.00 |
|---|---|---|
| VICTORIA COOPMAN<br>22187 PINE DRIVE<br>CEDERPINES PARK, CA 92322 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  **9/15/2014 - 2/14/2020** | Basis for the claim   Unsecured Loan | |
| Last four digits of account number **Innovaton Pet Inc** | Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor **Innovation Pet, Inc., a California corporation**          Case number *(if known)* _____

| 3.20   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,706.53 |
|---|---|---|
| VICTORIA COOPMAN<br>22187 PINE DRIVE<br>CEDERPINES PARK, CA 92322<br><br>Date or dates debt was incurred  **1/1/2018 - 11/14/2020**<br><br>Last four digits of account number **Innovaton Pet Inc** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Operational Expenses Including Travel, Shipping Cots, Trade Sho Costs<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.21   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,779.44 |
| VOCATIONAL IMPROVEMENT PROGRAM INC<br>ATTN JEFF SPECCHIO<br>1310 EAST RIVERVIEW DRIVE<br>SAN BERNARDINO, CA 92408<br><br>Date or dates debt was incurred  **6/1/2019 - 10/31/2020**<br><br>Last four digits of account number **Innovaton Pet Inc** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Co-Packing Service And Materials<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.22   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,555.52 |
| WORLDWIDE EXPRESS<br>ATTN FELICIA HUDAK<br>1720 SPILLMAN DRIVE SUITE 240<br>BETHLEHAM, PA 18015<br><br>Date or dates debt was incurred  **1/15/2020**<br><br>Last four digits of account number **Innovaton Pet Inc** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Third Party UPS Shipping Charges<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.23   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,271.53 |
| WUXI SHUANGZHEN<br>ATTN HE RONG FAN<br>SHUOFANG IND PARK<br>WUXI NEW DISTRICT, CHINA<br><br>Date or dates debt was incurred  **2/24/2020**<br><br>Last four digits of account number **Innovaton Pet Inc** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Purchase Of Product For Wholesale<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |
| 3.24   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $790,539.89 |
| XIAMEN DADU CENTURY CO., LTD<br>ATTN AMY DADU<br>5F HAIYUN BLD NO 16 HAISHAN RD<br>HULI DIST XIAMEN, CHINA<br><br>Date or dates debt was incurred  **3/1/2019  - 2/28/2020**<br><br>Last four digits of account number **Innovaton Pet Inc** | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim   Purchase of Product for Wholesale<br><br>Is the claim subject to setoff?<br>☒No.<br>☐Yes | |

Debtor  **Innovation Pet, Inc., a California corporation**

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.**  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

If no others need to be notified for the debts listed in Parts 1 an 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and mailing address | On which line in Part 1 or 2 is the related creditor (if any) listed? | *Last 4 digits of account number, if any* |
|---|---|---|
| 4.1 | Line _____ <br> ☐ Not listed.  Explain | |
| 4.2 | Line _____ <br> ☐ Not listed.  Explain | |
| 4.3 | Line _____ <br> ☐ Not listed.  Explain | |
| 4.4 | Line _____ <br> ☐ Not listed.  Explain | |
| 4.5 | Line _____ <br> ☐ Not listed.  Explain | |
| 4.6 | Line _____ <br> ☐ Not listed.  Explain | |
| 4.7 | Line _____ <br> ☐ Not listed.  Explain | |
| 4.8 | Line _____ <br> ☐ Not listed.  Explain | |

Debtor **Innovation Pet, Inc., a California corporation**

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | *5a.* | **$31,684.51** |
| **5b. Total claims from Part 2** | *5b.* + | **$2,583,770.30** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | *5c.* | **$2,615,454.81** |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name **Innovation Pet, Inc., a California corporation**

United States Bankruptcy Court for the: **Central** District of **California**

Case number (*if known*): _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Lease                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐No.  Check this box and submit this form to the court with the debtor's other schedules.  There is nothing else to report on this form.
    ☒Yes.  Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. **List all contracts and unexpired leases** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | | |
| State what the contract or lease is for and the nature of the debtor's interest | **Lease dated 3/1/2020 for Debtor's 1,420 square fee industrial unit within a multi-tenant complex located at 738 Waterman Avenue, Unit C46, San Bernardino, CA 92408.** | **Coronado Investors Properties LLC Hans Imhof, General Manager/Warner Management 2850 S Fairview Street Santa Ana, CA 92704** |
| State the term remaining | **Term of 2 years commencing 3/1/2020** | |
| List the contract number of any government contract: | | |
| **2.2** | | |
| State what the contract or lease is for and the nature of the debtor's interest | **Petco Business Agreement Dated 10/21/2014 Petco Standard Terms & Conditions dated 10/25/2013** | **Petco International Pet Supplies & Distribution Inc. Petco Animal Supplies Stores Inc. 9125 Rechco Road San Diego, CA 92121** |
| State the term remaining | | |
| List the contract number of any government contract: | | |
| **2.3** | | |
| State what the contract or lease is for and the nature of the debtor's interest | **MSC Program Agreement dated 4/24/2018** | **True Value Company MSC Finance Dept 8600 West Bryn Mawr Chicago, IL 80631** |
| State the term remaining | **Term: in effective until terminated upon 90 days notice** | |
| List the contract number of any government contract: | | |
| **2.4** | | |
| State what the contract or lease is for and the nature of the debtor's interest | **Hired auto insurance through 6/14/2021 #XXXX 9208**  **Commercial General Liability through 6/14/2010 #XXXX 9208**  **Umbrella through 6/14/2010, #XXXX 9208** | **Liberty Mutual Insurance PO Box 1604 New York, NY 10116-1604** |
| State the term remaining | **See above** | |
| List the contract number of any government contract: | **See above** | |

Debtor **Innovation Pet, Inc., a California corporation**    Case number (*if known*) _____

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| **2.5** | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | **Workers compensation insurance through 5/2/2021, #XXXX8165** | **Sequoia Insurance Company<br>800 Superior Avenue East, 21st Floor<br>Cleveland, OH 44114** |
| **State the term remaining** | | |
| **List the contract number of any government contract:** | | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Innovation Pet, Inc., a California corporation** |
| United States Bankruptcy Court for the: **Central** District of **California** |
| Case number (*If known*): |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply* |
| **2.1** | | | |
| **Victoria Coopman** | **22187 Pine Drive Cedarpines Park, CA 92322** | **Pacific Premier Bank** | ☒ D ☐ E/F ☐ F |
| **2.2** | | | |
| **Timothy Taft** | **762 Hague St. Paul, MN 55104** | **Pacific Premier Bank** | ☒ D ☐ E/F ☐ F |
| **2.3** | | | |
| **Raymond and Antoinette Clubb, Trustees of the Clubb Family Trust Created April 13, 2005** | **24 Whitecloud Irvine, CA 92614** | **Pacific Premier Bank** | ☒ D ☐ E/F ☐ F |
| **2.4** | | | |
| **Victoria Coopman** | **22187 Pine Drive Cedarpines Park, CA 92322** | **Coronado Investors Properties LLC** | ☐ D ☐ E/F ☒ F |
| **2.5** | | | |
| **Victoria Coopman** | **22187 Pine Drive Cedarpines Park, CA 92322** | **CapFlow Funding Group Managers LLC** | ☒ D ☐ E/F ☐ F |
| **2.6** | | | |
| **Timothy Taft** | **762 Hague St. Paul, MN 55104** | **CapFlow Funding Group Managers LLC** | ☒ D ☐ E/F ☐ F |

Debtor **Innovation Pet, Inc. a California corporation**                    Case number (*if known*) _____

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply* |
| **2.7** | | | |
| **Victoria Coopman** | **22187 Pine Drive**<br>**Cedarpines Park, CA 92322** | **PMW LLC** | ☒ D<br>☐ E/F<br>☐ F |
| **2.8** | | | |
| **Timothy Taft** | **762 Hague**<br>**St. Paul, MN 55104** | **PMW LLC** | ☒ D<br>☐ E/F<br>☐ F |

Official Form 206H                    **Schedule H: Codebtors**

<div style="border: 1px solid black;">

**Fill in this information to identify the case and this filing:**

Debtor Name __Innovation Pet, Inc., a California corporation__

United States Bankruptcy Court for the: __Central District__    District of __California__
                                                                        (State)

Case number (*If known*): _____

</div>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement, Statement Related Cases, Mailing List,__

        __Equity Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11/18/2020__          ✗ _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                          __Victoria Coopman_____
                                          Printed name

                                          __Chief Executive Officer_____
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Innovation Pet, Inc.___

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to MM / DD / YYYY | Filing date | ☑ Operating a business ☐ Other _____ | $ 1,599,385.26 |
| **For prior year:** | From 01/01/2019 to MM / DD / YYYY | 12/31/2019 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 7,726,790.03 |
| **For the year before that:** | From 01/01/2018 to MM / DD / YYYY | 12/31/2018 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 16,200,719.66 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to MM / DD / YYYY | Filing date | _____ | $_____ |
| **For prior year:** | From _____ to MM / DD / YYYY | _____ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to MM / DD / YYYY | _____ MM / DD / YYYY | _____ | $_____ |

---

| Debtor | Innovation Pet, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached<br>Creditor's name<br><br>Street<br><br><br>City          State        ZIP Code | _____<br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br><br>City          State        ZIP Code | _____<br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attached and Item 30 below.<br>Insider's name<br><br>Street<br><br><br>City          State        ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br><br>City          State        ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

**Innoviation Pet, Inc., a California Corporation**
**Attachment to Statement of Affairs**
**Item 3, Payments 90 Days**
**Item 4, Payments 1 Year**

| Creditor and Type of Debt | Payments to Creditors 90 Days Before Filing | Payments to or for Benefit of Insiders 1 Year Before Filing |
|---|---|---|
| Capflow Funding Group Managers LLC<br>201 Route 17 Suite 805<br>Rutherford, NJ 07070<br>Factored accounts receivable payments<br>Debt to lender is guaranteed by insiders Victoria Coopman, Timothy Taft | | $506,681.00 |
| Pacific Premier Bank<br>17901 Van Karman Suite 1200<br>Irvine, CA 92614<br>Credit Line  Interest Payments<br>Debt to lender is guaranteed by insiders Victoria Coopman, Timothy Taft, Raymond and  Antoinette Clubb | | $8,715.30 |
| PMW LLC<br>3575 Ringsby Ct #411<br>Denver, CO 80216<br>Purchase Order Financing<br>Debtor to lender is guaranteed by insiders Victoria Coopman, Timothy Taft | | $10,000.00 |
| Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001<br>Payroll taxes | $19,396.13 | |

Debtor    Innovation Pet, Inc.                                    Case number (if known)_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| CapFlow Funding Group Managers | Collecting Non-Factored AR Cash | Ongoing | $ 405,883. |
| Creditor's name | Receipts and Not Returning to Debtor | | |
| 180 Maiden Lane | | | |
| Street | | | |
| 15th Floor | | | |
| New York, NY 10038 | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |
| Case title | | Court or agency's name and address | ☐ Pending |
| 7.2. | | | ☐ On appeal |
| Case number | | Name | ☐ Concluded |
| | | Street | |
| | | City          State          ZIP Code | |

Debtor ___Innovation Pet, Inc._____     Case number *(if known)*_____
       *Name*

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | **Case number** | Street |
| City        State        ZIP Code | _____ | City        State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| **9.2.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

| Debtor | Innovation Pet, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Shulman Bastian Friedman & Bui | | 6/16/2020 | $10,000.00 |
| | **Address** | | 8/25/2020 | $6,482.00 |
| | 100 Spectrum Ctr Drive | | 9/25/2020 | $10,000.00 |
| | Street | | 10/29/2020 | $5,000.00 |
| | Suite 600 | | 11/16/2020 | $20,000.00* |
| | Irvine, CA 92618 | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | jbastian@shulmanbastian.com | | | |
| | **Who made the payment, if not debtor?** | | | |

\* $20,000.00 payment received from Raymond Clubb, shareholder.

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    Innovation Pet, Inc.                                    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 7611 Slater Ave | From 02/01/16  To 02/01/2020 |
| | Street | |
| | Suite N | |
| | Huntington Beach, CA 92647 | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____  To _____ |
| | Street | |
| | _____ | |
| | _____ | |
| | City          State     ZIP Code | |

Debtor    Innovation Pet, Inc.
_____    Case number *(if known)*_____
        Name

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Basic Contact Information _____

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Innovation Pet, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name <br> _____ Street <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name <br> _____ Street <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name <br> _____ Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | m_____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Waterman Warehouse <br> Name <br> 738 S Waterman Ave <br> Street <br> C46 <br> San Bernardino, CA 92408 <br> City    State    ZIP Code | Victoria Coopman <br> _____ <br> _____ <br> **Address** <br> 3PL Carson, CA, <br> 3PL Independence, MO | Inventory <br> _____ <br> _____ | ☐ No <br> ☑ Yes |

| Debtor | Innovation Pet, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | _____ | _____ | ☐ Concluded |
| _____ | Street | | |
| | _____ | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| _____ | _____ | _____ | |
| Name | Name | _____ | |
| _____ | _____ | | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Innovation Pet, Inc.
        Name                                                    Case number *(if known)*_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| City        State    ZIP Code | | From _____ To _____ |
| 25.2. Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| City        State    ZIP Code | | From _____ To _____ |
| 25.3. Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| City        State    ZIP Code | | From _____ To _____ |

Debtor   Innovation Pet, Inc.                                    Case number (if known)_____
         Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Victoria Coopman<br>Name<br>22187 Pine Drive<br>Street<br><br>Cedarpines Park, CA 92322<br>City    State    ZIP Code | From 12/28/12  To present |

| Name and address | Dates of service |
|---|---|
| 26a.2. SMH Financial Services<br>Name<br>19200 Von Karman<br>Street<br>Ste 600<br>Irvine, CA 92612<br>City    State    ZIP Code | From 06/01/18  To 04/01/20 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. G P & M Certif. Public Accountants, LLP<br>Name<br>3991 MacArthur Blvd<br>Street<br>Ste 240<br>Newport Beach, CA 92660<br>City    State    ZIP Code | From 12/31/13  To 09/01/20 |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name<br><br>Street<br><br>City    State    ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Victoria Coopman<br>Name<br>22187 Pine Drive<br>Street<br><br>Cedarpines Park, CA 92322<br>City    State    ZIP Code | _____<br>_____<br>_____<br>_____ |

Debtor      Innovation Pet, Inc.
_____      Case number (if known)_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| | |
| City            State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Pacific Premier Bank |
| Name |
| 18200 Von Karman Ave |
| Street |
| Ste 150 |
| Irvine, CA 92612 |
| City            State            ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City            State            ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City            State            ZIP Code |

Debtor    Innovation Pet, Inc.    Case number (if known) _____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.    _____
Name

_____
Street

_____
City                              State            ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Victoria Coopman | 22187 Pine Drive CPP CA 92322 | CEO | 36.5 |
| Timothy Taft | 762 Hague St. Paul, MN 55104 | Exec. VP | 36.5 |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Victoria Coopman | payroll $35,000.00 | 11/15-3/20 | worked full time |
| Name | | | |
| 22187 Pine Drive | | | |
| Street | | _____ | |
| Cedarpines Park, CA 92322 | | _____ | |
| City                  State        ZIP Code | | | |
| Relationship to debtor | | _____ | |
| Employee | | _____ | |

Debtor    <u>Innovation Pet, Inc.</u>         Case number *(if known)*_____
           <small>Name</small>

---

**Name and address of recipient**

30.2    _____     _____  _____  _____
        Name

        _____     _____
        Street

        _____     _____

        _____     _____
        City           State     ZIP Code

        **Relationship to debtor**     _____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>11/18/2020</u>
           MM / DD / YYYY

✖ _____      Printed name   <u>Victoria Coopman</u>
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor   <u>Chief Executive Officer</u>

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**      Innovation Pet, Inc., a California corporation

Case No. _____

**Debtor**                                              Chapter _11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 50,000.00 for services after petition date (not paid)

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 51,482.00 for services before petition date (paid)

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 50,000.00, see note below.

2.  The source of the compensation paid to me was:

    See note below.

    ☑ Debtor          ☑ Other (specify)

3.  The source of compensation to be paid to me is:

    See note below.

    ☐ Debtor          ☑ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

Prior to the Petition Date, the Firm received a total of $51,482.00 for services rendered prior the petition date. Of the amounts received, $20,000.00 was received from Raymond A Clubb, a shareholder of Debtor, and the balance was received from the Debtor.

As of the petition date, the Firm incurred fees exceeding $51,482.00. The Firm has agreed that all fees incurred prior to the Petition Date that exceed $51,482.00 have been waived.

The firm's Employment Application to be filed in this case will include compensation provisions that are subject to Court approval, including payment of a flat fee to the Firm of $50,000.00 for services to be rendered during the Debtor's bankruptcy case. As will be set forth in the firm's Employment Application, subject to Court approval, the $50,000.00 flat fee will generated from the deposit to be paid by the proposed buyer of the Debtor's assets.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The handling of any task not expressly stated in the firm's Employment Application to be filed with the Court, nor does it include any writ proceeding or appeal.

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   11/18/2020           /s/ James C. Bastian Jr.

*Date*                            *Signature of Attorney*

                Shulman Bastian Friedman & Bui LLP

                      *Name of law firm*

**Form 1120-S**

**U.S. Income Tax Return for an S Corporation**

OMB No. 1545-0123

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

**2019**

Department of the Treasury
Internal Revenue Service

Extension Granted to 09/15/20

For calendar year 2019 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date <br> 01/01/2013 | **Name** <br> Innovation Pet, Inc | **D** Employer identification number <br> **\*\*-\*\*\*8015** |
| **B** Business activity code number (see instructions) <br> 423920 | **TYPE OR PRINT** <br> Number, street, and room or suite no. If a P.O. box, see instructions. <br> 17011 Beach Blvd., Suite 900 | **E** Date incorporated <br> 12/28/2012 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code <br> Huntington Beach, CA  92647 | **F** Total assets (see instructions) <br> $ 4,149,796. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 6

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---:|
| **Income** | **1a** | Gross receipts or sales | 7,744,089. | **b** Returns and allowances | |
| | | **c** Bal. Subtract line 1b from line 1a | | **1c** | 7,744,089. |
| | **2** | Cost of goods sold (attach Form 1125-A) | | **2** | 6,825,312. |
| | **3** | Gross profit. Subtract line 2 from line 1c | | **3** | 918,777. |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** | Other income (loss) (attach statement) **Statement 1** | | **5** | 77,913. |
| | **6** | **Total income (loss).** Add lines 3 through 5 | | **6** | 996,690. |
| **Deductions (See instructions for limitations)** | **7** | Compensation of officers (see instrs. - attach Form 1125-E) | | **7** | 100,000. |
| | **8** | Salaries and wages (less employment credits) | | **8** | 70,718. |
| | **9** | Repairs and maintenance | | **9** | |
| | **10** | Bad debts | | **10** | |
| | **11** | Rents | | **11** | |
| | **12** | Taxes and licenses **Statement 2** | | **12** | 17,323. |
| | **13** | Interest (see instructions) | | **13** | 210,109. |
| | **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 13,457. |
| | **15** | Depletion (Do not deduct oil and gas depletion.) | | **15** | |
| | **16** | Advertising | | **16** | 363,018. |
| | **17** | Pension, profit-sharing, etc., plans | | **17** | |
| | **18** | Employee benefit programs | | **18** | |
| | **19** | Other deductions (attach statement) **Statement 3** | | **19** | 353,000. |
| | **20** | **Total deductions.** Add lines 7 through 19 ▶ | | **20** | 1,127,625. |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | -130,935. |
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** | Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** | Add lines 22a and 22b | | **22c** | |
| | **23a** | 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** | | |
| | **b** | Tax deposited with Form 7004 | **23b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** | Reserved for future use | **23d** | | |
| | **e** | Add lines 23a through 23d | | **23e** | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** | Enter amount from line 26: **Credited to 2020 estimated tax** ▶ _____ **Refunded** ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

COPY

▶ _____ Signature of officer    Date    ▶ CEO Title

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name <br> Charles W. Proctor, CPA | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Gray, Proctor & McMannis, CPA's, LLP | | | Firm's EIN ▶ | **\*** |
| | Firm's address ▶ 3991 MacArthur Blvd. #240 <br> Newport Beach, CA 92660 | | | Phone no. (949)251-4888 | |

LHA   For Paperwork Reduction Act Notice, see separate instructions.   911701 12-30-19   Form **1120-S** (2019)

1

16550827 783213 2562          2019.04020 Innovation Pet, Inc          2562___1

Form 1120-S (2019)  **Innovation . t, Inc**  \*\*-\*\*\*8015  Page **2**

| Schedule B | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) ▶

**2** See the instructions and enter the:

  **a** Business activity ▶ **Wholesale Pet Products** **b** Product or service ▶ **Pet Toys**

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ......... X

**4** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ... X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............ X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ........................... X

  If "Yes," complete lines (i) and (ii) below.

  (i) Total shares of restricted stock ........................................ ▶ _____

  (ii) Total shares of non-restricted stock .................................. ▶ _____

 **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ... X

  If "Yes," complete lines (i) and (ii) below.

  (i) Total shares of stock outstanding at the end of the tax year ..... ▶ _____

  (ii) Total shares of stock outstanding if all instruments were executed ▶ _____

**6** Has this corporation filed, or is it required to file, Form **8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ................... ▶ ☐

  If checked, the corporation may have to file Form **8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years .................. $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions .................................................................... X

**10** Does the corporation satisfy one or more of the following? See instructions .................................... X

  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

  **c** The corporation is a tax shelter and the corporation has business interest expense.

  If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? ........................................ X

  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

  **b** The corporation's total assets at the end of the tax year were less than $250,000.

  If "Yes," the corporation is not required to complete Schedules L and M-1.

911711  12-30-19

Form **1120-S** (2019)

16550827 783213 2562          2019.04020 Innovation Pet, Inc          2562\_\_\_1

Form 1120-S (2019)   Innovation    e, Inc                                    **-***8015    Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996 , line 14 ▶ $ | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | **1** | −130,935. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) | 3a | |
| | **b** Expenses from other rental activities (attach statement) | 3b | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Interest income | **4** | |
| | **5** Dividends: **a** Ordinary dividends | **5a** | |
| | **b** Qualified dividends | 5b | |
| | **6** Royalties | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | **8a** | |
| | **b** Collectibles (28%) gain (loss) | 8b | |
| | **c** Unrecaptured section 1250 gain (attach statement) | 8c | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | **10** Other income (loss) (see instructions) Type ▶ | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** Charitable contributions | **12a** | |
| | **b** Investment interest expense | **12b** | |
| | **c** Section 59(e)(2) expenditures (1) Type ▶  (2) Amount ▶ | **12c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **13d** | |
| | **e** Other rental credits (see instructions) Type ▶ | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions) Type ▶ | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Reserved for future use | **14d** | |
| | **e** Foreign branch category | **14e** | |
| | **f** Passive category | **14f** | |
| | **g** General category | **14g** | |
| | **h** Other (attach statement ) | **14h** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **i** Interest expense | **14i** | |
| | **j** Other | **14j** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **k** Reserved for future use | **14k** | |
| | **l** Foreign branch category | **14l** | |
| | **m** Passive category | **14m** | |
| | **n** General category | **14n** | |
| | **o** Other (attach statement) | **14o** | |
| | Other information | | |
| | **p** Total foreign taxes (check one):   ☐ Paid   ☐ Accrued ▶ | **14p** | |
| | **q** Reduction in taxes available for credit (attach statement) | **14q** | |
| | **r** Other foreign tax information (attach statement) | | |

911721  12-30-19

16550827 783213 2562        2019.04020 Innovation Pet, Inc        2562___1

Form 1120S (2019)        Innovation . t, Inc                    **–***8015        Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | 15a | |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties - gross income | 15d | |
| | **e** Oil, gas, and geothermal properties - deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | |
| | **d** Distributions (attach statement if required) | 16d | |
| | **e** Repayment of loans from shareholders | 16e | |
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (att. stmt.)                          Statement 4 | | |
| **Reconciliation** | **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | −130,935. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 52,582. | | 50,332. |
| 2a | Trade notes and accounts receivable | 3,196,641. | | 2,950,095. | |
| b | Less allowance for bad debts | ( ) | 3,196,641. | ( ) | 2,950,095. |
| 3 | Inventories | | 919,367. | | 320,190. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.)    Statement 5 | | 665,741. | | 817,242. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 165,688. | | 173,646. | |
| b | Less accumulated depreciation | ( 149,560.) | 16,128. | ( 163,017.) | 10,629. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 2,290. | | 2,290. | |
| b | Less accumulated amortization | ( 829.) | 1,461. | ( 982.) | 1,308. |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 4,851,920. | | 4,149,796. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 1,997,698. | | 1,877,761. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.)    Statement 6 | | 2,105,367. | | 1,688,225. |
| 19 | Loans from shareholders | | 350,000. | | 318,000. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 2,110. | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 400,000. | | 400,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings    Statement 7 | | −3,255. | | −134,190. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 4,851,920. | | 4,149,796. |

Form **1120-S** (2019)

911731
12-30-19

Form 1120-S (2019)     Innovation ___t, Inc                    **-***8015     Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books | -130,935. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | **a** Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| | **a** Depreciation $ _____ | | **a** Depreciation $ _____ | |
| | **b** Travel and entertainment $ _____ | | 7 Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -130,935. | 8 Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -130,935. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -7,349. | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( 130,935. ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | -138,284. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -138,284. | | | |

Form **1120-S** (2019)

911732
12-30-19

16550827 783213 2562        2019.04020 Innovation Pet, Inc        2562___1

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

| | | |
|---|---|--:|
| | Innovation Pet, Inc | Employer Identification number **\*\*-\*\*\*8015** |
| 1 | Inventory at beginning of year | **1** 919,367. |
| 2 | Purchases | **2** 5,556,616. |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs (attach schedule) | **4** |
| 5 | Other costs (attach schedule)      See Statement 8 | **5** 669,519. |
| 6 | **Total.** Add lines 1 through 5 | **6** 7,145,502. |
| 7 | Inventory at end of year | **7** 320,190. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** 6,825,312. |

**9a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶

**b** Check if there was a writedown of subnormal goods .......................................................................... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO ....................................................................................................................... **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ......... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............. ☐ Yes ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

924441
04-01-19    LHA

6

| Form **1125-E** |  | **Compensation of Officers** |  |  |  |  | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|---|

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

Name: Innovation Pet, Inc

Employer Identification number: **-***8015

Note: Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Victoria M. Coopman | ■■■■■■ | | | | 100,000. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 100,000. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 100,000. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property)    OTHER<br>▶ Attach to your tax return. | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | **2019**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Innovation Pet, Inc | Other Depreciation | **-***8015 |

**Part I**  Election To Expense Certain Property Under Section 179  Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... | 7 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12  ▶ | 13 |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | 7,958. |
| 15 | Property subject to section 168(f)(1) election | 15 |
| 16 | Other depreciation (including ACRS) | 16 |

**Part III**  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | 17 | 5,499. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here  ▶ | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 13,457. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

916251  12-12-19    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4562** (2019)

16550827 783213 2562          2019.04020 Innovation Pet, Inc          2562___1

Form 4562 (2019)    Innovat   n Pet, Inc    **-***8015    Page 2

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | 29 | | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | 43 | 153. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 153. |

916252 12-12-19

9

Form 4562 (2019)

## 2019 DEPRECIATION AND AMORTIZATION REPORT

Other Depreciation

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OTHER | | | | | | | | | | | | | |
| 23 | | | 200DB | 5.00 | HY19B | | | | | | | | | | 0. |
| 24 | | | 200DB | 5.00 | HY19B | | | | | | | | | | 0. |
| 25 | | | 200DB | 5.00 | HY19B | | | | | | | | | | 0. |
| | **FURNITURE & EQUIPMENT** | | | | | | | | | | | | | | |
| 6 | Furniture - Office Desk Set | 06/08/14 | 200DB | 7.00 | HY17 | 431. | | | 216. | 215. | 168. | | 19. | 187. |
| 19 | Office Furniture 2019 | 07/01/19 | 200DB | 7.00 | HY19C | 982. | | | 982. | | | | 982. | |
| | * Other Total - FURNITURE & EQUIPMENT | | | | | 1,413. | | | 1,198. | 215. | 168. | | 1,001. | 187. |
| | **OFFICE EQUIPMENT** | | | | | | | | | | | | | | |
| 1 | HP Computer Lap Top | 04/01/13 | 200DB | 5.00 | HY17 | 1,248. | | | 624. | 624. | 624. | | 0. | 624. |
| 2 | HP Fax, Scanner, Printer | 09/06/13 | 200DB | 5.00 | HY17 | 534. | | | 267. | 267. | 267. | | 0. | 267. |
| 15 | Office Equipment | 05/05/16 | 200DB | 7.00 | HY17 | 982. | | | 491. | 491. | 276. | | 61. | 337. |
| | * Other Total - OFFICE EQUIPMENT | | | | | 2,764. | | | 1,382. | 1,382. | 1,167. | | 61. | 1,228. |
| | **MACHINES, TOOLING, & MOLDS** | | | | | | | | | | | | | | |
| 3 | Tooling & Molds - Other | 07/11/13 | 200DB | 7.00 | HY17 | 4,300. | | | 2,150. | 2,150. | 1,863. | | 191. | 2,054. |
| 7 | Kitty Connection Mold | 05/08/14 | 200DB | 7.00 | HY17 | 46,172. | | | 23,086. | 23,086. | 17,936. | | 2,059. | 19,995. |
| 8 | GoFetchit Wand Tooling | 09/01/14 | 200DB | 7.00 | HY17 | 4,475. | | | 2,238. | 2,237. | 1,738. | | 200. | 1,938. |
| 10 | Asia - Go Fetch it Tooling | 02/02/15 | 200DB | 7.00 | HY17 | 2,075. | | | 1,038. | 1,037. | 713. | | 93. | 806. |
| 11 | Kitty Connection Mold (3rd Payment) | 02/05/15 | 200DB | 7.00 | HY17 | 23,896. | | | 11,948. | 11,948. | 8,215. | | 1,067. | 9,282. |

**2019 DEPRECIATION AND AMORTIZATION REPORT**

Other Depreciation

OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis * | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec Or 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Mouse pounce & Flying feather Patech Toys KC Kat Bank SLA | 06/15/15 | 200DB | 7.00 | HY17 | | 7,900. | | | 3,950. | 3,950. | 2,715. | | 353. | 3,068. |
| 13 | Tooling | 08/28/15 | 200DB | 7.00 | HY17 | | 1,385. | | | 693. | 692. | 475. | | 62. | 537. |
| 14 | Mouse pounce & Flying feather (2nd payment) | 09/23/15 | 200DB | 7.00 | HY17 | | 7,900. | | | 3,950. | 3,950. | 2,715. | | 353. | 3,068. |
| 17 | Kit Cat Printing Cylinders | 07/01/18 | 200DB | 7.00 | HY17 | | 25,200. | | | 25,200. | | | | 0. | |
| 18 | Tooling Kitty Connection | 07/01/18 | 200DB | 7.00 | HY17 | | 21,052. | | | 21,052. | | | | 0. | |
| 20 | Tooling & Molds 2019 | 07/01/19 | 200DB | 7.00 | HY19C | | 2,178. | | | 2,178. | | | | 2,178. | |
| 21 | Tooling & Molds - Other 2019 | 07/01/19 | 200DB | 7.00 | HY19C | | 3,869. | | | 3,869. | | | | 3,869. | |
| 22 | Tooling Kitty Connection 2019 | 07/01/19 | 200DB | 7.00 | HY19C | | 929. | | | 929. | | | | 929. | |
| | * Other Total - MACHINES, TOOLING, & MOLDS | | | | | | 151,331. | | | 102,281. | 49,050. | 36,370. | | 11,354. | 40,748. |
| | TRADE SHOW BOOTH | | | | | | | | | | | | | | |
| 5 | Trade Show Booth | 07/01/13 | 200DB | 7.00 | HY17 | | 5,138. | | | 2,569. | 2,569. | 2,225. | | 229. | 2,454. |
| 16 | Trade Show Booth | 04/05/16 | 200DB | 7.00 | HY17 | | 13,000. | | | 6,500. | 6,500. | 3,658. | | 812. | 4,470. |
| | * Other Total - TRADE SHOW BOOTH | | | | | | 18,138. | | | 9,069. | 9,069. | 5,883. | | 1,041. | 6,924. |
| | TRADEMARKS | | | | | | | | | | | | | | |
| 4 | Trademarks | 05/01/13 | | 180M | | 43 | 1,740. | | | 1,740. | | 657. | | 116. | 773. |
| 9 | Trademarks | 05/08/14 | | 180M | | 43 | 550. | | | 550. | | 172. | | 37. | 209. |
| | * Other Total - TRADEMARKS | | | | | | 2,290. | | | 2,290. | | 829. | | 153. | 982. |
| | * Grand Total Other Depr & Amort | | | | | | 175,936. | | | 113,930. | 62,006. | 44,417. | | 13,610. | 50,069. |

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

9.2

928111 04-01-19

**2019 DEPRECIATION AND AMORTIZATION REPORT**

Other Depreciation

OTHER

| Asset No. | Description | Date Acquired | Method | Life | C o n v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current Year Activity | | | | | | | | | | | | | | |
| | Beginning balance | | | | | | 167,978. | | 0. | 105,972. | 62,006. | 44,417. | | | 50,069. |
| | Acquisitions | | | | | | 7,958. | | 0. | 7,958. | 0. | 0. | | | 0. |
| | Dispositions/Retired | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | Ending balance | | | | | | 175,936. | | 0. | 113,930. | 62,006. | 44,417. | | | 50,069. |

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

(D) - Asset disposed

928111 04-01-19

9.3

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Innovation Pet, Inc
17011 Beach Blvd., Suite 900
Huntington Beach, CA  92647

Employer Identification Number:  **-***8015

For the Year Ending December 31, 2019

Innovation Pet, Inc is making the de minimis safe harbor election
under Reg. Sec. 1.263(a)-1(f).

Innovation Pet, Inc                                              **-***8015

| Form 1120S | Other Income | Statement | 1 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Debt Forgiven | 50,000. |
| Other Income | 16,000. |
| Shipping and Delivery | 11,913. |
| Total to Form 1120S, Page 1, Line 5 | 77,913. |

| Form 1120S | Taxes and Licenses | Statement | 2 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Payroll Taxes | 16,410. |
| Property Taxes | 113. |
| California Taxes - Based on Income | 800. |
| Total to Form 1120S, Page 1, Line 12 | 17,323. |

| Form 1120S | Other Deductions | Statement | 3 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Accounting | 32,800. |
| Amortization Expense | 153. |
| Auto Expense | 1,087. |
| Bank Service Charges | 4,884. |
| Commissions | 6,000. |
| Credit Card Fees | 7,299. |
| Early Pay Discounts | 15,524. |
| EDI Expense | 2,314. |
| Health Insurance | 2,935. |
| Internet & Telephpne | 1,271. |
| License & fees | 100. |
| Office Expense | |
| Office Supplies | 1,962. |
| Outside Services | 2,000. |
| Product & General Liability Insurance | 30,792. |
| Professional Fees | 1,927. |
| R & D | 80,699. |
| Refunds | 6,880. |
| Trade Show | 38,688. |
| Travel Expense | 112,626. |
| Workers Compensation | 3,059. |
| Total to Form 1120S, Page 1, Line 19 | 353,000. |

| Schedule K | Other Items, Line 17d | Statement 4 |
|---|---|---|

| Description | Amount |
|---|---|
| Section 199A - Ordinary income (loss) | -130,935. |
| Section 199A - W-2 Wages | 170,718. |
| Section 199A - Unadjusted basis of assets | 173,646. |

| Schedule L | Other Current Assets | Statement 5 |
|---|---|---|

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| Deposit Healthy Hen | 3,128. | |
| Deposit Wachtel Gold | | |
| Prepaid Domestic Vendors | 19,265. | 5,000. |
| Prepaid Expense - Beauty Lab LLC/Healthy Hen | 23,898. | |
| Prepaid Expense - China Vendors | 441,275. | 169,721. |
| Prepaid Expense - Tradeshow | 81,592. | 638,801. |
| Prepaid Insurance | -339. | |
| Prepaid Other | 96,542. | |
| SCE Deposits | 250. | 250. |
| Security Deposit - Slater Ave | 130. | 3,470. |
| Undeposited Funds | | |
| Total to Schedule L, Line 6 | 665,741. | 817,242. |

| Schedule L | Other Current Liabilities | Statement 6 |
|---|---|---|

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| Accrued Expense | | |
| C2T Vendor PO Deposit | 441,274. | |
| CFF Short Term Advance | 1,238,009. | 1,287,495. |
| Line of Credit Plaza Bank Acct#2600 | 150,000. | 150,000. |
| Line of Credit Plaza Bank Acct#6600 | 250,000. | 250,000. |
| Payroll Tax Payable | 24,780. | 439. |
| Sales Tax Payable - Orange County | 377. | |
| Sales Tax Payable - Other Counties/States | 927. | 291. |
| Total to Schedule L, Line 18 | 2,105,367. | 1,688,225. |

| Schedule L | Analysis of Total Retained Earnings per Books | Statement | 7 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Balance at Beginning of Year | -3,255. |
| Net Income per Books | -130,935. |
| Distributions | 0. |
| Other Increases (decreases) | |
| | |
| Correction to Retained Earning prior year | |
| | |
| Balance at End of Year - Schedule L, line 24, Column (d) | -134,190. |

| Form 1125-A | Other Costs | Statement | 8 |
|---|---|---|---|

| Description | Amount |
|---|---|
| Defective Return | 25,992. |
| Discounts | 3,220. |
| Distribution | 334,806. |
| Freight Costs | 272,102. |
| Royalty-JMP | |
| Warehouse | 33,399. |
| | |
| Total to Line 5 | 669,519. |

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Furniture - Office Desk Set | 06/08/14 | 200DB | 7.00 | 431. | 168. | 19. | 19. | 0. |
| 19 | Office Furniture 2019 | 07/01/19 | 200DB | 7.00 | 982. | 0. | 982. | 982. | 0. |
| 15 | Office Equipment | 05/05/16 | 200DB | 7.00 | 982. | 276. | 61. | 61. | 0. |
| 3 | Tooling & Molds - Other | 07/11/13 | 200DB | 7.00 | 4,300. | 1,863. | 191. | 191. | 0. |
| 7 | Kitty Connection Mold | 05/08/14 | 200DB | 7.00 | 46,172. | 17,936. | 2,059. | 2,059. | 0. |
| 8 | GoFetchit Wand Tooling | 09/01/14 | 200DB | 7.00 | 4,475. | 1,738. | 200. | 200. | 0. |
| 10 | Asia - Go Fetch it Tooling | 02/21/15 | 200DB | 7.00 | 2,075. | 713. | 93. | 93. | 0. |
| 11 | Kitty Connection Mold (3rd Payment) | 02/05/15 | 200DB | 7.00 | 23,896. | 8,215. | 1,067. | 1,067. | 0. |
| 12 | Mouse pounce & Flying feather | 06/15/15 | 200DB | 7.00 | 7,900. | 2,715. | 353. | 353. | 0. |
| 13 | Patech Toys KC Kat Bank SLA Tooling | 08/28/15 | 200DB | 7.00 | 1,385. | 475. | 62. | 62. | 0. |
| 14 | Mouse pounce & Flying feather (2nd payment) | 09/23/15 | 200DB | 7.00 | 7,900. | 2,715. | 353. | 353. | 0. |
| 20 | Tooling & Molds 2019 | 07/01/19 | 200DB | 7.00 | 2,178. | 0. | 2,178. | 2,178. | 0. |
| 21 | Tooling & Molds - Other 2019 | 07/01/19 | 200DB | 7.00 | 3,869. | 0. | 3,869. | 3,869. | 0. |
| 22 | Tooling Kitty Connection 2019 | 07/01/19 | 200DB | 7.00 | 929. | 0. | 929. | 929. | 0. |
| 5 | Trade Show Booth | 07/13/16 | 200DB | 7.00 | 5,138. | 2,225. | 229. | 229. | 0. |
| 16 | Trade Show Booth | 04/05/16 | 200DB | 7.00 | 13,000. | 3,658. | 812. | 812. | 0. |
| | Totals | | | | 125,612. | 42,697. | 13,457. | 13,457. | 0. |

13.1

828104
04-01-19

# Innovation Pet, Inc.
## Balance Sheet
### As of September 30, 2020

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **10200 Pacific Premier Operating Bank Account** | 78,016.16 |
| **Total Bank Accounts** | $ 78,016.16 |
| | |
| **Accounts Receivable** | |
| **11000 Accounts Receivable** | 604,314.99 |
| **Total Accounts Receivable** | $ 604,314.99 |
| | |
| **Other Current Assets** | |
| **12100 Inventory** | |
| **12120 Finished Goods-US Domestic** | 349,609.14 |
| **12130 Inventory Assembly Parts** | 16,580.04 |
| **Total 12100 Inventory** | $ 366,189.18 |
| | |
| **13000 Pre-Paid Expenses** | 99,602.20 |
| **13025 Pre-Paid 2017-2018 Tradeshows** | 671,099.15 |
| **13045 Pre-Paid China Vendors** | 35,471.96 |
| **Total 13055 Pre-Paid Plaza Bank Credit Line** | $ 806,173.31 |
| | |
| **13065 Prepaid Domestic Vendors** | 5,000.00 |
| **13070 TSC AR Posting Temp Acct** | 0.00 |
| **13080 Vendor Deposit-Wachtel Gold** | 47,000.00 |
| **TSC Displays Pre-Paid** | 0.00 |
| **Total Other Current Assets** | $ 52,000.00 |
| | |
| **Total Current Assets** | $ 1,906,693.64 |
| | |
| **Fixed Assets** | |
| **15000 Furniture and Equipment** | 1,412.91 |
| **16500 Warehouse Equipment** | 382.65 |
| **16600 Kit Cat Printing Cylinders** | 25,200.00 |
| **16610 Office Equipment** | 2,763.59 |
| **16620 Patents** | 3,500.00 |
| **16630 Tooling & Molds** | 3,678.40 |
| **16640 Tooling & Molds - Other** | 17,694.30 |
| **16650 Tooling - Kitty Connection** | 108,449.90 |
| **Total 16630 Tooling & Molds** | $ 163,081.75 |
| | |
| **16660 Trade Show Booth** | 18,138.07 |

| | | |
|---|---|---|
| **16670 Trademarks** | | 2,290.00 |
| **17000 Accumulated Depreciation** | | -37,311.44 |
| **Total Fixed Assets** | **-$** | **16,883.37** |

| | | |
|---|---|---|
| **Other Assets** | | |
| **16690 Product Research & Dev-Patents** | | 20,597.69 |
| **16800 SCE Deposit** | | 250.00 |
| **16810 Security Deposits-Slater Ave** | | 1,670.00 |
| **Total Other Assets** | **$** | **22,517.69** |

| | | |
|---|---|---|
| **TOTAL ASSETS** | **$** | **2,075,409.71** |

**LIABILITIES AND EQUITY**

**Liabilities**

**Current Liabilities**

**Accounts Payable**

| | | |
|---|---|---|
| **20000 Accounts Payable** | | 2,021,541.07 |
| **Total Accounts Payable** | **$** | **2,021,541.07** |

**Other Current Liabilities**

| | | |
|---|---|---|
| **25011 CFF & PMW Short Term AR & PO Advance** | | 320,852.39 |
| **25030 California Payable** | | -98.72 |
| **25035 California State Payable** | | -2.48 |
| **25040 Clubb Note** | | 0.00 |
| **25044 Petco Cash Receipts Due WM/LG** | | 216,720.85 |
| **25045 Coopman Short Term Note** | | 153,030.00 |
| **25050 Credit Line - Plaza Bank 2600** | | 150,000.00 |
| **25055 Credit Line - Plaza Bank 6600** | | 250,000.00 |
| **25060 Credit Line- Joji LLC** | | 200,000.00 |
| **25070 New York State Payable** | | 171.92 |
| **25075 Payroll Clearing** | | 2,589.40 |
| **25098 Payroll Tax Liabilities** | | 53,744.82 |
| **26020 Sales Tax Payable** | | 139.74 |
| **26040 ShortTerm Note Victoria Coopman** | | 0.00 |
| **26050 Ventura County Payable** | | 140.36 |
| **26060 Ventura County-NEW Payable** | | 1,443.67 |
| **26080 Short Term Vendor Deposit Payable to CFF-Wachtel Gold** | | 0.00 |
| **26082 Gary McDade Short Term Note** | | 0.00 |
| **26085 Short Term Deposit from CFF to EcoPet for TSC Orders** | | 0.00 |
| **LA County Payable** | | 39.70 |
| **Missouri Payable** | | 34.40 |
| **No Tax Payable** | | 0.00 |
| **Total Other Current Liabilities** | **$** | **1,348,806.05** |

| | | |
|---|---|---|
| **Total Current Liabilities** | **$** | **3,370,347.12** |

**Long-Term Liabilities**

| | | |
|---|---|---|
| **26070 SBA Loan** | | 49,117.00 |
| **Total Long-Term Liabilities** | $ | **49,117.00** |
| | | |
| **Total Liabilities** | $ | **3,419,464.12** |
| | | |
| **Equity** | | |
| **30100 Capital Stock** | | 400,000.00 |
| **32000 Retained Earnings** | | -556,246.54 |
| **Net Income** | | -1,187,807.87 |
| **Total Equity** | -$ | **1,344,054.41** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **2,075,409.71** |

Thursday, Nov 19, 2020 10:21:58 AM GMT-8 - Accrual Basis

# Innovation Pet, Inc.
# Profit and Loss
### January - September, 2020

| | | Total |
|---|---|---:|
| **Income** | | |
| **41200 Coop Sales** | | |
| 41205 Chicken Coops Sales | | 486,759.00 |
| 41210 Coop Accessories Sales | | 74,052.96 |
| 41214 TSC Homestead Coop | | 0.00 |
| 41215 TSC Big Green Walk In Coop Sales | | 0.00 |
| 41220 TSC Deluxe Farm House Coop Sales | | 0.00 |
| **Total 41200 Coop Sales** | $ | 560,811.96 |
| | | |
| **41300 Wood Product Line Sales** | | |
| 41305 Dog House Sales | | 43,324.76 |
| 41310 Duck Homes Sales | | 12,914.99 |
| 41315 Rabbit Hutches Sales | | 101,372.14 |
| 41320 Rabbit Hutch Accessories Sales | | 513.15 |
| **Total 41300 Wood Product Line Sales** | $ | 158,125.04 |
| | | |
| **41500 Dog Toy Sales** | | |
| 41505 DuraBall Sales | | 150,656.31 |
| **Total 41500 Dog Toy Sales** | $ | 150,656.31 |
| | | |
| **41605 Kitty Connection Product Sales** | | |
| 41625 Kitty Connection Active Toys | | 142.81 |
| 41635 Kitty Connection Modular Sales | | 11,799.07 |
| 41645 Kitty Connection Petsense Priv | | 9.99 |
| **Total 41605 Kitty Connection Product Sales** | $ | 11,951.87 |
| | | |
| **41700 Kit Cat Treat Sales** | | 1,361.88 |
| **41725 Healthy Hen Chicken Treats, Sprays & Water Additives** | | 66,724.97 |
| **41800 Petco Pure Sm Animal Program- Sales** | | 546,990.00 |
| **41825 Petco Program Service Fees** | | 60,681.46 |
| **42010 Pet Beds & Crate Mats** | | 46,761.48 |
| **42025 Shipping and Delivery Income** | | -328.80 |
| **42030 100-500 Notes Sales** | | 272.05 |
| **42045 Shipping Income** | | 6,465.09 |
| **47900 Sales** | | |
| 42000 Misc. Sales | | -40.00 |
| 42060 Deffective Return | | -17,265.99 |
| **Total 47900 Sales** | -$ | 17,305.99 |
| | | |
| **Total Income** | $ | 1,593,167.32 |
| **Cost of Goods Sold** | | |

**51200 Coop COGS**

| | | |
|---|---|---:|
| 51205 Chicken Coops COGS | | 375,536.30 |
| 51210 Coop Accessories COGS | | 31,829.00 |
| 51214 TSC Homestead Coop | | 0.00 |
| **Total 51200 Coop COGS** | $ | **407,365.30** |

**51300 Wood Product Line**

| | | |
|---|---|---:|
| 51305 Dog Houses COGS | | 31,942.00 |
| 51310 Duck Homes COGS | | 7,050.40 |
| 51315 Rabbit Hutches COGS | | 73,606.00 |
| 51320 Rabbit Hutch Accessories - COGS | | 323.00 |
| **Total 51300 Wood Product Line** | $ | **112,921.40** |

**51500 Dog Toy COGS**

| | | |
|---|---|---:|
| 51505 DuraBall™COGS | | 121,012.96 |
| **Total 51500 Dog Toy COGS** | $ | **121,012.96** |

**51605 Kitty Connection™Products COGS**

| | | |
|---|---|---:|
| 51625 Kitty Connection Active Toys | | 32.00 |
| 51655 Kitty Connection Petsense Priv. | | 0.59 |
| **Total 51605 Kitty Connection™Products COGS** | $ | **32.59** |

| | | |
|---|---|---:|
| **51700 Kit Cat Treat COGS** | | 18,379.42 |
| **51726 Healthy Hen Chicken Treats, Sprays & Water Additives COGS** | | 42,351.99 |
| **51800 Petco Pure Sm Animal Program- COGS** | | 547,087.80 |
| **52010 Pet Beds & Crate Mats COGS** | | 41,637.00 |
| **52030 100-500 Notes** | | 0.00 |
| **57900 Cost of Goods Sold** | | |
| 53020 Vendor Samples | | 0.00 |
| **Total 57900 Cost of Goods Sold** | $ | **0.00** |

| | | |
|---|---|---:|
| **Total Cost of Goods Sold** | $ | **1,290,788.46** |

| | | |
|---|---|---:|
| **Gross Profit** | $ | **302,378.86** |

**Expenses**

**61000 Distribution**

| | |
|---|---:|
| 61005 Domestic Inland Trucking | 18,121.43 |
| 61015 3PL Mid-West/South East | 2,500.00 |
| 61020 3PL West Coast | 99,363.49 |
| 61030 Freight & Duty Expense | 147,146.30 |
| 61040 Storage Warehouse | 5,779.44 |
| 61050 UPS/Fed Ex Epense | 8,144.71 |
| 61060 Warehouse & Distribution Truck Expense | 21.20 |
| 61068 Warehouse Outside Services | 577.50 |
| 61070 Warehouse Internet, Phones & Electric | 3,054.56 |
| 61075 Warehouse Rent | 11,549.75 |
| 61080 Warehouse Wages | 5,000.00 |

| | | |
|---|---|---|
| **Total 61000 Distribution** | **$** | **301,258.38** |
| | | |
| **71000 Marketing Department** | | 1,500.00 |
| **71005 Advertising and Promotion** | | 2,864.62 |
| **71025 Allowances** | | 3,522.80 |
| **71035 Co-Op Advertising Allowance** | | 14,784.88 |
| **71045 Marketing Outside Freelance** | | 30,577.91 |
| **71065 TSC Advertising & Promotional Funds** | | 410,358.80 |
| **Total 71000 Marketing Department** | **$** | **463,609.01** |
| | | |
| **71075 Office Internet, Phone & Electric** | | 3,125.31 |
| **71080 Product Research & Development** | | |
| **71087 Product Development Outside Consultants** | | 30,000.00 |
| **72005 Product Samples** | | 1,713.80 |
| **Total 71080 Product Research & Development** | **$** | **31,713.80** |
| | | |
| **72025 Purchases** | | -1,249.11 |
| **81000 Sales Department** | | |
| **81035 Sales Travel Expense** | | 153,762.74 |
| **81040 Tradeshow Expense** | | 158,444.00 |
| **Total 81000 Sales Department** | **$** | **312,206.74** |
| | | |
| **91000 G & A** | | |
| **91005 Bank Service Charges** | | 3,796.97 |
| **91010 Computer and Internet Expenses** | | 1,760.28 |
| **91020 Product & General Liability Ins** | | 7,715.30 |
| **91025 Interest Expense** | | 18,578.42 |
| **91030 Office Supplies** | | 460.39 |
| **91035 Professional Fees** | | 27,297.00 |
| **91060 Travel Expense** | | 6,145.10 |
| **91065 Auto and Truck Expenses** | | 596.23 |
| **91075 Accounting Professional Service** | | 17,600.00 |
| **91080 Admin. Office Expense/Rent** | | 714.19 |
| **91085 CFF & C2T Interest Expense** | | 128,246.44 |
| **92005 Credit Card Fees** | | 3,021.98 |
| **92020 Early Pay Discount** | | 3,470.34 |
| **92025 EDI Expense** | | 12,372.42 |
| **92030 Executive Salaries** | | 66,666.64 |
| **92035 Health Insurance** | | 12,650.38 |
| **92045 Office Management Salaries** | | 65,384.59 |
| **92050 Office Personnel Wages** | | 6,931.00 |
| **92060 Outside Services** | | 2,660.25 |
| **92085 TSC DM Shipping Fee** | | 986.90 |
| **92095 Workers' Compensation Expense** | | 5,353.00 |
| **Total 91000 G & A** | **$** | **392,407.82** |
| | | |
| **92022 Petco Pure Program Co-op & Misc. Promotions and Payment Deductions** | | -3,885.22 |

| | | |
|---|---|---|
| **Total Expenses** | **$** | **1,499,186.73** |
| | | |
| **Net Operating Income** | **-$** | **1,196,807.87** |
| | | |
| **Other Income** | | |
|   **95060 Other Income** | | 9,000.00 |
| **Total Other Income** | **$** | **9,000.00** |
| | | |
| **Net Other Income** | **$** | **9,000.00** |
| | | |
| **Net Income** | **-$** | **1,187,807.87** |

Thursday, Nov 19, 2020 10:23:05 AM GMT-8 - Accrual Basis

**Innovation Pet, Inc.**
**Statement of Cash Flows for Period Ending 12/31/2020**

**Cash Flows from Operations**

| | | |
|---|---|---|
| Customer Payments | $ | 5,210.55 |
| Payroll Costs | $ | (3,300.00) |
| Other Payments | $ | - |
| **Total Cash Flows from Operations** | $ | 1,910.55 |
| **Cash Flows from Investing** | $ | - |
| **Cash Flows from Financing** | $ | - |
| **Net Change in Cash** | $ | 1,910.55 |
| **Beginning Cash Balance as of 11/19/2020** | $ | 304.84 |
| **Ending Cash Balance** | $ | 2,215.39 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - Bar No. 175415<br>Melissa Davis Lowe - Bar No. 245521<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: JBastian@shulmanbastian.com<br>        MLowe@shulmanbastian.com | |

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>INNOVATION PET, INC.,<br>a California corporation<br><br><br><br><br><br><br><br>                                    Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __11/18/2020__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

Andrea Farber
237 N Larch
Anaheim, CA 92805


California Department of Tax and Fee
Administration
Account Information Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029


California Employment Develop Depart
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


California Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


CapFlow Funding Group Managers LLC
Attn Andrew J Coon President
201 Route 17 Suite 805
Rutherford, NJ 07070


Captial 2 Thrive
Attn President
1801 Broadway Suite 1350
Denver, CO 80202


CenterPoint Warehouse
Attn Jose Fitzerald
PO Box 140
Grandview, MO 64030


Coronado Investors Properties LLC
Attn Hans Imhof
General Manager - Warner Management
2850 S Fariview Street
Santa Ana, CA 92704

Fujian Dushi Wooden Industry
AttnPaul Dushi
Shaowu Econ and Tech Dev Zone
Fujian, China


Gray Proctor & McMannis
Attn Charles Proctor
3991 MacArthur Suite 240
Newport Beach, CA 92660


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jay Cambare
30001 Golden Lantern Apt 63
Laguna Niguel, CA 92677


Justin Jones
1401 Kensington Court
Southlake, TX 76092


Laroy Group
Attn Bob Smitz
Industrieweg 98-100 9032
Wondelgem, België


Liberty Mutual Insurance
Attn President
PO Box 1604
New York, NY 10116-1604


Nationwide Logistics
Attn Trista Kinman
PO Box 14508
Cincinnati, OH 45250

New Concepts International Ind Limited
Attn Thierry Jacquemin
Unit 514 5/F Kenning Ind Bldg No 19
Wang Hoi Rd
Kowloon Bay, Hong Kong


NIK Transport
Attn President
10330 Pioneer Blvd #100
Santa Fe Springs, CA 90670


Pacific Premier Bank
Attn Josh Najarro
17901 Van Karman Suite 1200
Irvine, CA 92614


Pacific Premier Bank
Attn Josh Najarro
17901 Van Karman Suite 1200
Irvine, CA 92614


Petco/International Pet Supplies & Distribution Inc.
Petco Animal Supplies Stores Inc.
9125 Rechco Road
San Diego, CA 92121


PMW  LLC
Attn Kacee Larson
3575 Ringsby Ct #411
Denver, CO 80216


Raymond and Antoinette Clubb
24 Whitecloud
Irvine, CA 92614


Reine Castillo
4017 Chowen Ave S
Minneapolis, MN 55410

Sequoia Insurance Company
800 Superior Avenue East 21st Floor
Cleveland, OH 44114


SMH Financial Services
Attn Sharon Heiser
19200 Von Karman Suite 600
Irvine, CA 92612


SPS Commerce
Attn Accounts Receivable Ryan Ross
333 South Seventh St Suite 1000
Minneapolis, MN 55402


Stetina Brunda Garred & Brucker IP Law
Attn Renee Lau
75 Enterprise Suite 250
Aliso Veijo, CA 92656


Teri and Justin Jones
Attn Adam Connatser
2929 Carlisle St
Dallas, TX 75204


Teri P Jones
1401 Kensington Court
Southlake, TX 76092


The Loan Source
Attn President
353 E 83rd St
New York, NY 10029


The MA Paterson
Attn President
840 Mustang Drive
Grapevine, TX 76051

Timothy Taft
762 Hague
St Paul, MN 55104


True Value Company
MSC Finance Dept
8600 West Bryn Mawr
Chicago, IL 80631


US Securities & Exchange Commission
Attn Bankruptcy Counsel
444 South Flower St Suite 900
Los Angeles, CA 90071-2934


Victoria Coopman
22187 Pine Drive
Cederpines Park, CA 92322


Vocational Improvement Program Inc
Attn Jeff Specchio
1310 East Riverview Drive
San Bernardino, CA 92408


Worldwide Express
Attn Felicia Hudak
1720 Spillman Drive Suite 240
Bethleham, PA 18015


Wuxi Shuangzhen
Attn He Rong Fan
Shuofang Ind Park
Wuxi New District, China


Xiamen DaDu Century Co., Ltd
Attn Amy Dadu
5F Haiyun Bld No 16 Haishan Rd
Huli Dist Xiamen, China